IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15–09–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| JEREMY MICHAEL HANNUM, | |
| Defendant. | |

The Court having asked Defendant Jeremy Michael Hannum whether he intended to proceed under 28 U.S.C. § 2255, (*see* Doc. 45), and Hannum having indicated that he does not wish to do so at this time, (*see* Doc. 46),

IT IS ORDERED that Hannum's Pro Se Motion to Vacate Conviction (Doc. 44) is DEEMED WITHDRAWN, and the Clerk of Court is directed to terminate the motion.

DATED this 8th day of August, 2024.

_____
Donald W. Molloy, District Judge
United States District Court